UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| SAZERAC COMPANY, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO:_____3:23CV-25-GNS_____ ) |
| REPUBLIC NATIONAL DISTRIBUTING COMPANY, LLC, | ) ) ) ) ) ) |
| Defendant | ) ) |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Sazerac Company, Inc., by counsel, hereby states as follows:

Plaintiff is a non-governmental party and is a privately held company. Defendant does not have a parent corporation, nor is there any publicly-held corporation that owns 10 percent or more of its stock.

Plaintiff shall supplement this disclosure within a reasonable time of any change in the information stated above as required by the Federal Rules of Civil Procedure and the Joint Local Rules of Civil Practice.

Respectfully submitted,

 s/ Anne K. Guillory
Anne K. Guillory
Philip E. Cecil
Dinsmore & Shohl LLP
101 S. Fifth St., Suite 2500
Louisville, Kentucky 40202
Telephone: 502.540.2300
Facsimile:  502.585.2207
anne.guillory@dinsmore.com
philip.cecil@dinsmore.com
*Counsel for Plaintiff, Sazerac Company, Inc.*