WDKY (Rev. 11/22) Federal Rule of Civil Procedure 7.1(a)(2) Disclosure Statement

## THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF KENTUCKY
### at _____LOUISVILLE_____


Plaintiff:      ~~Sazerac Company, Inc.~~_____

v.                                             Case No: 3:23-cv-25-GNS_____

Defendant:    ~~Republic National Distributing~~ Company, LLC


* * * * *

## DISCLOSURE STATEMENT

This Disclosure Statement is filed on behalf of Sazerac Company, Inc._____ in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement must name, and identify the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, or intervenor, hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party or intervenor: (Attach additional pages if needed.)


 Sazerac Company, Inc._____          Kentucky, Louisiana_____
Party or Intervenor Name                  Citizenship


_____          _____
Party or Intervenor Name                  Citizenship


_____          _____
Party or Intervenor Name                  Citizenship

WDKY (Rev. 11/22) Federal Rule of Civil Procedure 7.1(a)(2) Disclosure Statement

_____          _____
Party or Intervenor Name                 Citizenship

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

January 19, 2023                          s/ Anne K. Guillory
_____          _____
Date                                      Signature

                              Counsel for:    Sazerac Company, Inc.