UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| SAZERAC COMPANY, INC., </br></br> Plaintiff, </br></br> v. </br></br> REPUBLIC NATIONAL DISTRIBUTING COMPANY, LLC, </br></br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 3:23-cv-25-GNS ) ) ) ) ) ) ) |

**DEFENDANT'S CORPORATE DISCLOSURE**
**STATEMENT PURSUANT TO RULE 7.1(a)(1)**

Pursuant to Fed. R. Civ. P. 7.1(a)(1), defendant Republic National Distributing Company, LLC ("RNDC"), by counsel, hereby discloses as follows:

The following entities own 10% or more of RNDC:

- New BG Distribution Partners, LLC, and
- NDC Partners, LLC (this is RNDC's parent company).

The following entities or individuals own 10% or more of New BG Distribution Partners, LLC:

- Margery L. Block Grantor Retained Annuity Trust, and
- Dreeben Family I, LP.

The following entities own 10% or more of NDC Partners, LLC:

- National Distributing Company, Inc., and
- NDC Leasing Company, LLC.

None of the entities listed above are publicly held.

                Respectfully submitted,

                *s/ E. Kenly Ames*_____
                Charles E. English, Jr.
                E. Kenly Ames
                ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
                1101 College Street; P.O. Box 770
                Bowling Green, KY 42102-0770
                Tel.: (270) 781-6500
                E-mail: benglish@elpolaw.com
                        kames@elpolaw.com

                - and -

                Richard S. Krumholz *(pro hac vice motion to be filed)*
                Veronica Portillo Kendrick *(pro hac vice motion to be filed)*
                NORTON ROSE FULBRIGHT US LLP
                2200 Ross Avenue, Suite 3600
                Dallas, TX  75201
                Tel.: (214) 855-8000
                E-Mail: richard.krumholz@nortonrosefulbright.com
                        veronica.kendrick@nortonrosefulbright.com

                *Attorneys for Defendant Republic National Distributing Company, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 6, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Andrea Ahn Wechter – wechter.andrea@dorsey.com

    Gregory S. Tamkin – tamkin.greg@dorsey.com

    Maral Shoaei – shoaei.maral@dorsey.com

    Anne K. Guillory – anne.guillory@dinsmorelaw.com

    Philip E. Cecil – philip.cecil@dinsmorelaw.com

*/s/ E. Kenly Ames*
E. Kenly Ames

3585974